**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Ann P. Adams, as Personal Representative of the Estate of Jacob E. Adams, Deceased, Petitioner,

v.

Amisub of South Carolina, Inc., d/b/a Piedmont Medical Center and d/b/a Piedmont Healthcare System; Staci L. Versen-Rampey, NP, Individually and as Agent, Servant or Employee of South Carolina Emergency Physicians, LLC, and as Agent, Servant or Employee of Amisub of South Carolina, Inc., d/b/a Piedmont Medical Center and d/b/a Piedmont Healthcare System; Jason Price, Radiologic Technologist, Individually and as Agent, Servant or Employee of Amisub of South Carolina, Inc., d/b/a Piedmont Medical Center and d/b/a Piedmont Healthcare System; James E. Reinhardt, Jr., M.D., Individually and as Agent, Servant or Employee of Rock Hill Radiology Associates, PA, and as Agent, Servant of Employee of Amisub of South Carolina, Inc., d/b/a Piedmont Medical Center and d/b/a Piedmont Healthcare System; and Rock Hill Radiology Associates, P.A., South Carolina Emergency Physicians, LLC, Defendants,

of whom, Amisub of South Carolina, Inc., d/b/a Piedmont Medical Center and d/b/a Piedmont Healthcare System; Staci L. Versen-Rampey, NP, Individually and as Agent, Servant or Employee of South Carolina Emergency Physicians, LLC, and as Agent, Servant or Employee of Amisub of South Carolina, Inc., d/b/a Piedmont Medical Center and d/b/a Piedmont Healthcare System; Jason Price, Radiologic Technologist, Individually and as Agent, Servant or Employee of

Amisub of South Carolina, Inc., d/b/a Piedmont Medical Center and d/b/a Piedmont Healthcare System, are Respondents.

Appellate Case No. 2014-000388

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal From York County
The Honorable John C. Hayes, III, Circuit Court Judge,

---

Memorandum Opinion No. 2014-MO-037
Submitted August 26, 2014 – Filed October 8, 2014

---

**REVERSED**

---

James W. Boyd, of Rock Hill, for Petitioner.

N. Heyward Clarkson, III and Amy Miller Snyder, both of Clarkson Walsh Terrell & Coulter, PA, of Greenville, William U. Gunn, of Holcombe Bomar, PA, of Spartanburg, for Respondents.

---

**PER CURIAM:** This matter is before the Court by way of a petition for a writ of certiorari to review the Court of Appeals' decision in *Adams v. Amisub of South Carolina, Inc.*, Op. No. 2013-UP-461 (S.C. Ct. App. filed Dec. 11, 2013). Based on our recent decision in *Ranucci v. Crain*, Op. No. 27422 (S.C. Sup. Ct. filed July 23, 2014), we grant the petition for a writ of certiorari, dispense with further briefing, reverse the decision of the Court of Appeals and remand this case to the circuit court to resume proceedings.

**REVERSED**.

**TOAL, C.J., PLEICONES, BEATTY and KITTREDGE, JJ. concur. HEARN, J., not participating.**